# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**CASEY C. JOHNSON**  **PLAINTIFF**
**ADC #662070**

v.   Case No. 2:20-cv-00076-KGB

**MORIEON KELLY, Captain,**
**East Arkansas Regional Unit, ADC,** *et al.*   **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 19). Plaintiff Casey C. Johnson has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). The Court grants defendants Morieon Kelly and Franklin Graham's motion for summary judgment for failure to exhaust his administrative remedies (Dkt. No. 15) and dismisses Mr. Johnson's case without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order and accompanying Judgment would not be taken in good faith.

It is so ordered this the 28th day of January, 2021.

_____
Kristine G. Baker
United States District Judge